IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RAUL ZARCO, | § | |
| | § | |
| Defendant-Below, | § | No. 316, 2014 |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware in |
| | § | and for New Castle County |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted:  January 14, 2015
Decided:    January 14, 2015

Before **STRINE**, Chief Justice; **HOLLAND** and **RIDGELY**, Justices.

## O R D E R

Appellant Raul Zarco appeals from a Superior Court decision rejecting his appeal from a judgment of convictions entered against him by the Court of Common Pleas.  After consideration of his arguments and the record on appeal, we AFFIRM on the basis of the Superior Court's decision of May 15, 2014.  IT IS SO ORDERED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice